# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2023

Clerk
United States Court of Appeals
  for the Second Circuit
United States Courthouse
40 Foley Square
New York, NY 10007

      **Re: Adam Samia**
          **v. United States**
          **No. 22-196 (Your docket No. 18-3074)**

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                     Sincerely,

                                     SCOTT S. HARRIS, Clerk

                                     By

                                     M. Altner
                                   Assistant Clerk– Judgments

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 25, 2023

Mr. Kannon K. Shanmugam, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006

Mrs. Elizabeth B. Prelogar, Esq.
Solicitor General
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

    Re:  Adam Samia
          v. United States
          No. 22-196

Dear Counsel:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Second Circuit.

          Sincerely,

          SCOTT S. HARRIS, Clerk

          By

          *M. Altner*
          M. Altner
          Assistant Clerk– Judgments

cc:  Clerk, 2d Cir.
      (Your docket No. 18-3074)

# Supreme Court of the United States

No. 22–196

**ADAM SAMIA, AKA SAL, AKA ADAM SAMIC,**

Petitioner

v.

**UNITED STATES**

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Second Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is affirmed.

June 23, 2023



A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States